Enclosure with EEOC Notice of Closure and Rights (Release Date)

# DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 6/21/2023

**To:** Leila Kasso
287 Eagle Ridge Drive
Roberts, WI 54023

23-cv-2782 (NEB/DTS)

**Charge No: 26E-2020-00005**

EEOC Representative and email:   Adam Carvill
Manager / State, Local & Tribal
adam.carvill@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission:

Digitally Signed By: Diane Smason
6/21/2023

Diane Smason
Acting District Director

**Cc:**

RECEIVED
SEP 08 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
SEP 08 2023
U.S. DISTRICT COURT MPLS

CITY OF MINNEAPOLIS POLICE
c/o Ivan Ludmer, Esq.
Office of the City Attorney
350 S. 5th Street, Room 210
Minneapolis, MN 55415